**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Elijah BURKE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 21, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of August, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner's present counsel is directed to file a Petition for Allowance of Appeal within 30 days of the entry of this order. The Motion for Appointment of Counsel is **DENIED.**

**Anthony HARPER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, David Digugliemo and Commonwealth of Pennsylvania, Respondents.**

Supreme Court of Pennsylvania.

Aug. 21, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.